PROB 22
(Rev. 12/98)

# TRANSFER OF JURISDICTION

FILED BY _____ D.C.

05 NOV 25 AM 10: 25

**DOCKET NUMBER** *(Tran. Court)*
0754 3:03CR30127-002

**DOCKET NUMBER** *(Rec. Court)*
05-20420 D V

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION/OFFICE |
|---|---|---|
| Crystal Marie Branch<br>6909 Waterview Circle<br>Memphis, TN 38119 | Southern District of Illinois | U. S. Probation Office<br>East St. Louis, IL 62201 |

**NAME OF SENTENCING JUDGE**
Honorable William D. Stiehl

**DATES OF PROBATION/SUPERVISED RELEASE:** FROM 07/14/05 TO 07/13/07

**OFFENSE**
18 U.S.C. § 2113(a) - Bank Robbery

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF TENNESSEE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

27 September 2005
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11-14-2005
Effective Date

*[signature]*
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-29-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20420 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT